UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 26, 2015

MEMO TO COUNSEL RE: Forest Capital LLC v. David Pearsall
Civil No. JFM-14-1670

Dear Counsel:

    I have reviewed the memoranda submitted in connection with defendant's motion to dismiss.

    The motion (document 43) is denied. Likewise, defendant's motion for sanctions (document 44) is denied. I am satisfied that PP&G is not a necessary and dispensable party to this action. Likewise, I am persuaded that the motion for sanctions is without merit if for no other reason that defendant did not follow the "safe harbor" provisions of Fed. R. Civ. P. 11.

    Enclosed herewith is a scheduling order. Of course, defendant may reach such other arguments as he deems appropriate in any subsequent briefing before the court.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF
2015 OCT 26 PM 3:33
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY