### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FOREST CAPITAL, LLC | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-14-1670 |
| | * | |
| DAVID PEARSALL | * | |
| | ****** | |

## MEMORANDUM

Forest Capital, LLC has instituted this suit against David Pearsall on the ground that Pearsall breached a "Guaranty of Validity" dated May 21, 2012. Discovery has been completed.[1] Pearsall has filed a motion for summary judgment. Forest Capital has opposed the motion and has filed a motion for partial summary judgment. Pearsall's motion will be denied and Forest Capital's motion will be granted.

Pearsall has presented no evidence that substantiates his motion. Accordingly, his motion will be denied.

As for Forest Capital's cross motion for partial summary judgment, the record is undisputed that in contravention of a security interest that Pearsall had provided to Forest Capital, Pearsall directed the $1,050,000 be transferred from an account that his company, People's Power & Gas, LLC, maintained at BlackRock. The conversion of these funds constituted a breach of the Guaranty that Pearsall had given to Forest Capital.

A separate order effecting the rulings made in this memorandum is being entered herewith.

---

[1] Pearsall previously was represented by counsel. He now, however, is appearing *pro se*.

Date:   June 8, 2016          ___/s/_____
                                        J. Frederick Motz
                                        United States District Judge